IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RENNIE J. DEARBORN, | CV. 03-791-MO |
| Petitioner, | ORDER TO DISMISS |
| v. | |
| BRIAN E. BELLEQUE, | |
| Respondent. | |

MOSMAN, District Judge.

Petitioner's Motion to Voluntarily Dismiss Without Prejudice (#40) is GRANTED. This action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this  3rd  day of June, 2005.

                                                /s/ Michael W. Mosman
                                                Michael W. Mosman
                                                United States District Judge